# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBERT JEAN DONALD,** | : |
| Petitioner, | : |
| vs. | :   **CA 06-0772-KD-C** |
| **ALBERTO GONZALES, et al.,** | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 12, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of February, 2007.

 s/ Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **UNITED STATES DISTRICT JUDGE**